**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE NATIONAL ROOFING INDUSTRY PENSION FUND and NATIONAL ROOFERS UNION and EMPLOYERS JOINT HEALTH and WELFARE FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>A.W. FARRELL & SON, INC., a New York Corporation,<br><br>        Defendant. | 2:13-cv-00825-JCM-VCF<br>**ORDER** |

      Before the court is the Stipulation for Stay Based on Pending Ninth Circuit Case and Potential Settlement. (#51).

      Pursuant to Special Order 109 section V, [a] signature may be either in the form of "/s/[name]" or a facsimile of a handwritten signature. Here, the parties' electronic signatures do not comply with Special Order 109 section V.

      Accordingly,

      IT IS HEREBY ORDERED that Stipulation for Stay Based on Pending Ninth Circuit Case and Potential Settlement (#51) is DENIED without prejudice.

      DATED this 23rd day of July, 2015.

                                                    _____<br>
                                                    CAM FERENBACH<br>
                                                    UNITED STATES MAGISTRATE JUDGE