WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 – Telephone
(702) 383-0701 – Fax

Julie A. Pace (AZ Bar 014585)
Jpace@cavanaghlaw.com
Heidi Nunn-Gilman (AZ Bar 023971)
hnunngilman@cavanaghlaw.com
THE CAVANAGH LAW FIRM, PA
1850 N. Central Avenue, Suite 2400
Phoenix, Arizona 85004
Telephone: (602) 322-4046
Facsimile: (602) 322-4101
Attorneys for A.W. Farrell & Son, Inc.

Kristina L. Hillman
LAW OFFICES OF KRISTINA L. HILLMAN
1594 Mono Avenue
PO Box 1987
Minden, Nevada 89423
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| The Board of Trustees of the National Roofing Industry Pension Fund and National Roofers Union and Employers Joint Health and Welfare Fund<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>A.W. Farrell & Son, Inc., a New York Corporation<br><br>　　　　　　　　Defendant. | No. 2:13-CV-825-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiffs The Board of Trustees of the National Roofing Industry Pension Fund and the National Roofers Union and Employers Joint Health and Welfare Fund and

Defendant A.W. Farrell & Son, Inc., by and through their respective counsel undersigned, do hereby stipulate and agree that this action shall be dismissed with prejudice and with all parties to bear their own attorneys' fees and costs for the reason that the parties have achieved a settlement.

RESPECTFULLY SUBMITTED this 26th day of February, 2016.

LAW OFFICES OF KRISTINA L. HILLMAN

By: s/ Kristina L. Hillman
Kristina L. Hillman

Attorneys for Plaintiffs The Board of Trustees of the National Roofing Industry Pension Fund and National Roofers Union and Employers Joint Health and Welfare Fund

OLSON, CANNON, GORMLEY ANGULO & STOBERSKI

By: s/Walter Cannon
Walter Cannon

THE CAVANAGH LAW FIRM

By: s/ Julie A. Pace
Julie A. Pace
Heidi Nunn-Gilman

Attorneys for Defendant A.W. Farrell & Son, Inc.

IT IS SO ORDERED:

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2016

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I electronically transmitted the attached to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Kristina L. Hillman
> Law Offices of Kristina L. Hillman
> 1594 Mono Avenue
> PO Box 1987
> Minden, Nevada 89423
> Attorney for Plaintiffs

/s/ Nanette D. Langenderfer